Ronald L. DORSEY, Plaintiff–
Appellant,

v.

CORRECTIONS CORPORATION OF AMERICA, Owner of LVCC; Garner, Nurse/Head Nurse, Administrator; C. Creath, Nurse/RN, Defendants–Appellees.

No. 02–6068.

United States Court of Appeals,
Fourth Circuit.

Submitted April 25, 2002.

Decided May 6, 2002.

Ronald L. Dorsey, Pro Se.

Before WILLIAMS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Ronald L. Dorsey appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2001) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Dorsey v. Corrections Corp.,* No. CA–00–538 (E.D.Va. Dec. 28, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*